```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF TEXAS

        UNITED STATES DISTRICT COURT         JUL 0 1 2005
          EASTERN DISTRICT OF TEXAS
             TEXARKANA DIVISION           DAVID J. MALAND, CLERK
                                          BY
                                          DEPUTY
```

| | |
|---|---|
| DATATREASURY CORPORATION,<br>*Plaintiff,*<br><br>v.<br><br>J.P. MORGAN CHASE & CO.,<br>JPMORGAN CHASE BANK,<br>AFFILIATED COMPUTER SERVICES, INC.,<br>and ACS IMAGE SOLUTIONS, INC.,<br>*Defendants.*<br><br>J.P. MORGAN CHASE & CO.,<br>JPMORGAN CHASE BANK,<br>AFFILIATED COMPUTER SERVICES, INC.,<br>and ACS IMAGE SOLUTIONS, INC.<br>*Counterclaim-Plaintiffs,*<br><br>v.<br><br>DATATREASURY CORPORATION,<br>*Counterclaim-Defendant.* | CIVIL ACTION NO.<br>5:02-CV-124-DF/CC<br>JUDGE DAVID FOLSOM<br>JUDGE CAROLINE CRAVEN |

## CONSENT JUDGMENT

This matter having come before the Court on the pleadings of record and it being represented that Plaintiff, DataTreasury Corporation ("DTC"), and Defendants, J.P. Morgan Chase & Co. (having merged into and now known as JPMorgan Chase & Co.) and JPMorgan Chase Bank (having merged into and now known as JPMorgan Chase Bank, N.A.) (collectively hereinafter referred to as "JPMC"), have reached final agreement on settlement of the claims made in this action and all other claims that might have been brought under DTC's patents and, based upon the agreement, consent and approval of the parties, DTC and JPMC, IT IS HEREBY ORDERED, ADJUDGED AND DECREEED as follows:

1. This Court has proper jurisdiction over DTC and JPMC and over the subject matter of this action.

Consent Agreement                                    1

2. JPMC agrees it infringes upon one or more claims of United States Patent Nos. 5,910,988 and 6,032,137 (collectively, the "DTC patents").

3. JPMC recognizes that 35 U.S.C. § 282 presumes the DTC patents are valid and further agrees that the DTC patents are valid.

4. JPMC further agrees that the DTC patents are enforceable.

5. All infringement claims made by DTC against JPMC and all counterclaims brought by JPMC against DTC in this lawsuit are hereby dismissed with prejudice on the basis of the settlement reached and acknowledgements regarding infringement, validity and enforceability of the asserted DTC patents.

6. DTC has not released, and nothing in this Order shall be construed as a release or discharge of, any claim DTC has or may have in the future against any other defendant named in this action.

7. Each party shall bear its own costs and attorneys' fees.

SIGNED this 1ST day of July, 2005.

_____
The Honorable David Folsom
United States District Court Judge

Consent Agreement                    2